UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 31, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Brian Clark, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-1379 |
| | § | |
| Whitestone REIT, et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| Matthew Kastler, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-1851 |
| | § | |
| Whitestone REIT, et al., | § | |
| | § | |
| Defendants. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-19-1379. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action H-19-1379, *Brian Clark v. Whitestone REIT, et al.* Use only this style and number. (5)

Signed on May 30, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge