UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRIAN CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITESTONE REIT, JAMES C. MASTANDREA and DAVID K. HOLEMAN,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-01379<br>§<br>§ **TYRONE CANION, JR.'S APPENDIX**<br>§ **ACCOMPANYING MOTION TO BE**<br>§ **APPOINTED AS LEAD PLAINTIFF AND**<br>§ **TO APPROVE LEAD PLAINTIFF'S**<br>§ **SELECTION OF COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1:     PSLRA early notice issued on April 16, 2019;

Exhibit 2:     Tyrone Canion, Jr.'s PSLRA Certification;

Exhibit 3:     Tyrone Canion, Jr.'s Loss Chart; and

Exhibit 4:     The Rosen Law Firm, P.A.'s firm resume.


Dated: June 17, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Keith R. Lorenze
Keith R. Lorenze (State Bar No. 24046313)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: klorenze@rosenlegal.com

-and-

Phillip Kim, Esq. (not admitted)
Laurence M. Rosen, Esq. (not admitted)
275 Madison Avenue, 34th Floor

1

New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Keith R. Lorenze