**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| BRIAN CLARK, | Case No. 4:19-cv-01379 |
| Plaintiff, | |
| v. | |
| WHITESTONE REIT, ET AL. | |
| Defendants. | |

**DECLARATION OF R. DEAN GRESHAM IN SUPPORT OF XUAN TRAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, R. Dean Gresham hereby declare as follows:

1.      I am a managing partner of Steckler Gresham Cochran PLLC ("Steckler Law"), liaison counsel for lead plaintiff movant Xuan Tran ("Movant"), and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff on behalf of the putative Class in the above-captioned action and to approve Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Steckler Law as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Certification of Movant attaching transactions made in Whitestone REIT ("Whitestone") during the Class Period.

Exhibit B:    Table of the calculated losses incurred by Movant as a result of transactions in Whitestone securities.

Exhibit C:    Press release published April 16, 2019 on *Globe Newswire*, announcing the pendency of this Action.

Exhibit D:   Firm résumés of Levi & Korsinsky and Steckler Law.

Dated: June 17, 2019                              Respectfully submitted,

/s/ R. Dean Gresham
R. DEAN GRESHAM
**STECKLER GRESHAM COCHRAN PLLC**
R. Dean Gresham
Texas Bar No. 24027215
dean@stecklerlaw.com
Stuart L. Cochran
Texas Bar No. 24027936
stuart@stecklerlaw.com

*Liaison Counsel for Movant and Proposed Liaison
Counsel the Class*

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

*Counsel for Movant and Proposed Lead Counsel
for the Class*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, June 17, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *R. Dean Gresham*