UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>WHITESTONE REIT, JAMES C. MASTANDREA, and DAVID K. HOLEMAN,<br><br>                              Defendants. | Case No.  4:19-cv-01379<br><br>MOTION OF MATTHEW KASTLER FOR CONSOLIDATION,  APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| MATTHEW KASTLER, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>WHITESTONE REIT, JAMES C. MASTANDREA, and DAVID K. HOLEMAN,<br><br>                              Defendants. | Case No.  4:19-cv-01851 |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Matthew Kastler ("Kastler"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Kastler as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of Whitestone REIT between May 9, 2018 through February 27, 2019, both dates inclusive; and (3)

1

approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.

Dated:  June 17, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
(S.D. Tex. Federal Bar Number 1466757)
J. Alexander Hood II
(S.D. Tex. Federal Bar Number 3086579)
Jonathan D. Lindenfeld
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
Southern District No.: 25157
Texas Bar Number: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
Email: wbriscoe@thebriscoelawfirm.com

*Counsel for Movant and*
*Proposed Liaison Counsel for the Class*

2

## CERTIFICATE OF SERVICE

This is to certify that on June 17, 2019, I have caused the above and foregoing to be filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

3