UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>                    v.<br><br><br>WHITESTONE REIT, JAMES C. MASTANDREA, and DAVID K. HOLEMAN,<br><br>                                        Defendants. | Case No.  4:19-cv-01379<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MATTHEW KASTLER FOR CONSOLIDATION,  APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| MATTHEW KASTLER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>                    v.<br><br><br>WHITESTONE REIT, JAMES C. MASTANDREA, and DAVID K. HOLEMAN,<br><br>                                        Defendants. | Case No.  4:19-cv-01851 |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Matthew Kastler ("Kastler"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kastler's motion for consolidation, appointment as Lead Plaintiff for the Class and approval of his selections of Pomerantz as Lead Counsel and The Briscoe Law Firm, PLLC ("BLF") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the

1

following:

Exhibit A:   Press release published on April 17, 2019, announcing the pendency of the first filed above-captioned action;

Exhibit B:   Shareholder Certification;

Exhibit C:   Loss chart;

Exhibit D:   Firm resume of Pomerantz; and

Exhibit E:   Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 17, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 17, 2019, I have caused the above and foregoing to be filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman