IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 4:19-cv-01379 |
| WHITESTONE REIT, JAMES C. MASTANDREA and DAVID K. HOLEMAN, | § § § § | |
| Defendants. | § § § | |

**DEFENDANTS' RESPONSE TO PROPOSED LEAD PLAINTIFF STIPULATION**

Defendants take no position on Plaintiffs' stipulation for appointment of lead plaintiffs and lead counsel. Plaintiffs, however, have alleged no facts supporting a strong inference that the accounting decision at issue was made fraudulently.[1] The restatement resulted from the application of a new accounting standard in 2018 that superseded prior guidance that was specific to real estate transactions.[2] As a result of the restatement, Whitestone REIT's estimated net income and retained earnings actually ***increased*** during the affected time period.[3] This is the opposite of what one would expect if Defendants were trying to defraud. Defendants intend to file a motion to dismiss and are prepared to do so promptly following the appointment of lead plaintiffs.

---

[1] *See, e.g., Owens v. Jastrow*, 789 F.3d 529, 541 (5th Cir. 2015) (affirming dismissal of securities class action where defendant overvalued securities portfolio by 100% and was required to write down entire $1.62 billion portfolio).

[2] *See* ECF No. 1 (Complaint) ¶ 21.

[3] *See id.*; *Phillips v. Harvest Nat'l Res.*, No. H-13-801, 2016 WL 4523849, at *2 (S.D. Tex. Aug. 25, 2016) (Hughes, J.) (dismissing securities fraud complaint over restatement that reduced net earnings by $650,000).

RESPECTFULLY SUBMITTED,

By: /s/ Peter A. Stokes

NORTON ROSE FULBRIGHT US LLP

Gerard G. Pecht
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5243
gerard.pecht@nortonrosefulbright.com

Peter A. Stokes
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 536-5287
peter.stokes@nortonrosefulbright.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document on July 24, 2019 through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Peter A. Stokes