| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**

August 28, 2019

David J. Bradley, Clerk

Brian Clark, et al.,  §

  Plaintiffs,  §
§
§
versus  §  Civil Action H-19-1379
§
§
Whitestone REIT, et al.,  §
§
  Defendants.  §

## Final Dismissal

Having been advised that the parties want to dismiss this case, it is dismissed without prejudice.

Signed on August 28, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge